USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/2018

# Martin D. Novar, Esq.

112 Madison Avenue, Sixth Floor
New York, New York 10016
Tel: (212) 213-9757
Fax: (212) 689-9680
martin@novaresq.com

June 4, 2018

**By ECF**
Honorable Gregory H. Woods
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

**MEMORANDUM ENDORSED**

RE:   Jose Figuera v. Steven Croman, 232 W 14th LLC, Patrick McKnight,
      Dermot Burke and CK 14 To Go, LLC
      1:18-cv-2077 (GHW)

Your Honor:

I represent the defendants in the above entitled action and remind the Court that this is one of approximately a dozen of plaintiff's actions under the Americans With Disabilities Act.

I write to request an adjournment of a discovery response deadline coming up this June 8th. I ask the Court's understanding of my particular personnel circumstances that will prevent me from meeting this obligation.

I have been involved with divorce negotiations with my wife which has taken my energy and spirit and I have found it difficult to keep up with my work. Please See Exhibit A attached hereto. Then, last Saturday the 26th, a large glass shower door exploded when I was trying to get it back on it's rail causing a laceration requiring ten stitches and tendon injury to my left foot. I am now hobbling around and working on finding an orthopedic surgeon and scheduling surgery. Please see Exhibit B & C. attached hereto.

When discussing this with opposing counsel, he asked why I am defending the action and not settling; I agreed and said we would like to settle. Then my client asked the same thing; why are we defending the action and not settling, and I again said I am trying to settle. Opposing counsel and I are merely $13,000 apart from a settlement.

I request time to try to settle this matter and not expend unnecessary resources on continued litigation as it is what both sides want. Opposing counsel did not consent to an adjournment. I request of the Court an adjournment of the discovery and other deadlines until the end of the month during which time perhaps we can settle, I can discuss being substituted out of this case if best for my client, and the discovery requests can be answered if necessary.

Very truly yours,

s/Martin D. Novar/

Martin D. Novar

CC: Stuart Finkelstein, Esq. (by ECF)

The Court will hold a status conference with respect to this matter by telephone on June 5, 2018 at 1:00 p.m. The parties are directed to call Chambers (212-805-0296) at that time with all parties on the line.
SO ORDERED.

Dated: June 4, 2018
New York, New York

_____
GREGORY H. WOODS
United States District Judge