# Martin D. Novar, Esq.

112 Madison Avenue, Sixth Floor
New York, New York 10016
Tel: (212) 213-9757
Fax: (212) 689-9680
martin@novaresq.com

June 18, 2018

**By ECF**
Honorable Gregory H. Woods
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

      RE:    Jose Figuera v. Steven Croman, 232 W 14th LLC, Patrick McKnight,
               Dermot Burke and CK 14 To Go, LLC
               1:18-cv-2077 (GHW)

Dear Judge Woods:

I represent defendants in the above referenced matter.

I write with the consent of opposing counsel to inform the court that we have agreed to a settlement amount and plaintiff's attorney is working on settlement papers.

We ask the court to adjourn the telephone conference scheduled for tomorrow at 11:30 am for two weeks, or as the court suggests, to give the parties a chance to finalize the settlement.

Thank you for your time and consideration.

                                            Very truly yours,

                                            s/Martin D. Novar

                                            Martin D. Novar

CC: Stuart Finkelstein, Esq. (by ECF)