UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- Case No.: 1:17-cv-02077

JOSE FIGUEROA

       Plaintiff

-against-

STEVEN CROMAN, 232 W 14th LLC,
PATRICK MCKNIGHT, DERMOT BURKE and    **STIPULATION OF**
232 W. 14th STREET RESTAURANT CORP.,      **DISCONTINUANCE**

       Defendants
----------------------------------------------------------------

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the respective parties hereto that the above-captioned action is hereby discontinued with prejudice and without costs as to any party against any other party, and

**IT IS FURTHER STIPULATED AND AGREED**, that this stipulation may be executed in counterparts and via facsimile or electronic signature and said signatures shall have the same force and effect as though original signatures.

Dated: Syosset, New York
   July 6, 2018

_____       _____
Stuart H. Finkelstein, Esq.        Martin D. Nowak, Esq.
FINKELSTEIN LAW GROUP, PLLC    112 Madison Avenue 6th floor
*Attorneys for Plaintiff*         New York, New York 10016
338 Jericho Turnpike         (212) 213-9757
Syosset, New York 11791