USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE FIGUEROA

                Plaintiff,

        -against-

STEVEN CROMAN, 232 W 14th LLC,
PATRICK MCKNIGHT, DERMOT BURKE and
232 W 14th STREET RESTAURANT CORP.,

                Defendants.
------------------------------------------------------------X

Case No. 18cv2077

**STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the respective parties herein that the above-captioned action is hereby discontinued with prejudice and without costs as to any party against any other party, and

**IT IS FURTHER STIPULATED AND AGREED**, that this stipulation may be executed in counterparts and via facsimile or electronic signature and said signatures shall have the same force and effect as though original signatures.

Dated: Syosset, New York
        July 6, 2018

_____
Stuart H. Finkelstein, Esq.
FINKELSTEIN LAW GROUP, PLLC
*Attorneys for Plaintiff*
338 Jericho Turnpike
Syosset, New York 11791

_____
Martin D. Nowak, Esq.
112 Madison Avenue 6th floor
New York, New York 10016
(212) 213-9797

The parties have stipulated to the dismissal
of this action under Rule 41(a)(1)(A)(ii).
The Clerk of Court is directed to close the case.

Dated: July 6, 2018
New York, New York

_____
GREGORY H. WOODS
United States District Judge